```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                DOCUMENT
                                             ELECTRONICALLY FILED
WILBERT RICKS,                               DOC#
                                             DATE FILED: 2.3.20
                    Plaintiff,

         - against -                         19-cv-8556 (JGK)

JETBLUE AIRLINES,                            ORDER

                    Defendant.
```

JOHN G. KOELTL, District Judge:

This case is stayed pending the conclusion of mediation. The Parties should report within seven days after the close of mediation and provide the Court with a revised Rule 26(f) report.

**SO ORDERED.**

Dated:   New York, New York
         January 31, 2020

                                      _____
                                           John G. Koeltl
                                      United States District Judge

> **Copy mailed to pro se party(ies) at docket address**